FILED

07/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0415

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0415

_____

STEVEN J. BALKOSKI,

      Petitioner,

    v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, GALLATIN COUNTY,
HONORABLE JOHN C. BROWN, Presiding,

      Respondent.

O R D E R

_____

Petitioner Steven J. Balkoski seeks a writ of supervisory control over the Eighteenth Judicial District Court, Gallatin County, in its Cause No. DV-2019-726C. Balkoski alleges he has made numerous attempts to enforce the judgment in this case, the judgment has not been stayed on appeal, and the District Court has taken no action in response to motions filed.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. In accordance with M. R. App. P. 14(7),

IT IS THERFORE ORDERED that the Eighteenth Judicial District Court and Faye Jackson, as Personal Representative of the Estate of Edna M. Balkoski, are each granted until August 7, 2024, to prepare, file, and serve a response to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all parties in the Eighteenth Judicial District Court, Gallatin County, Cause No. DV-2019-726C, and the Honorable John C. Brown, presiding.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
July 18 2024